# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Kimberly A. Garrity,

        Debtor

Case No. 5-21-bk-02554-MJC

Ch. 13

## APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Doran & Doran, P.C. applies for approval of compensation as Chapter 13 Debtor's counsel and for reimbursement of expenses pursuant to 11 U.S.C. § 330 as follows:

1. Applicant is counsel for Debtor.

2. Debtor filed a petition for bankruptcy relief on December 1, 2021.

3. Applicant previously filed a Disclosure of Compensation of Attorney for Debtor pursuant to Fed. R. Bankr. P. 2016(b), which is attached as Exhibit "A' to this Application.

4. Debtor and Applicant have executed a Rights and Responsibilities Agreement and a copy of the Agreement was provided to Debtor.

5. This Application is a Second Interim Application.

6. (*Check all applicable items*)

    a. Debtor's Chapter 13 Plan was confirmed on June 8, 2022 .

    b. The Order approving the last post-confirmation modification of Debtor's confirmed Chapter 13 Plan was entered on _____(*date*).

    c. Debtor has not confirmed a Plan.

7. The dates and amounts of previous compensation paid are:

    a. as retainer - $194.00 on November 11, 2021;

    b. paid by the Chapter 13 Trustee through a confirmed Plan – $2,539.44;

    c. other – N/A.

8. Compensation previously approved by the Court following the filing of an interim Application – $3,688.00 by Order dated 7-7-2022.

9. If Applicant has not agreed with Debtor to accept the Presumptively Reasonable Fee ("PRF"), or is filing a supplemental fee application after confirmation of the Plan in addition to the PRF, Applicant requests compensation in the amount of $342.00 and reimbursement of expenses in the amount of $90.00 for a period of June 2, 2022 to September 28, 2022. A chronological listing of services performed and itemization of expenses for which reimbursement is requested for this time is attached as Exhibit "B" to this Application.

10. Legal services were provided by all professionals at the hourly rates set forth at the beginning of the chronological listing of services provided on Exhibit "B"

11. *(check one)*

    XXX    Debtor has reviewed this Application prior to its filing and has approved the requested amounts.

    \_\_\_\_\_    Debtor has reviewed this application prior to its filing and has not approved the requested amounts.

    \_\_\_\_\_    Debtor has not reviewed this application prior to its filing.

    \_\_\_\_\_    Debtor has not approved the requested amounts.

12. Objections are pending to the following prior fee applications: None.

WHEREFORE, your applicant respectfully requests this Honorable Court to approve the requested compensation in the amount of $342.00 and reimbursement of expenses in the Amount of $90.00 pursuant to 11 U.S.C. § 330, and if this is a Final Fee Application, to determine that all prior interim Orders are final.

Dated: September 30, 2022          /s/ *Lisa M. Doran*
                                                  Lisa M. Doran, Esquire

Exhibit "A"

B (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Pennsylvania, Wilkes-Barre Division

In re  Garrity, Kimberly A.  
Debtor(s)

Case No. 5:21-bk-02554-MJC  
Chapter 13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**
   - For legal services, I have agreed to accept _____ $ _____
   - Prior to the filing of this statement I have received _____ $ _____
   - Balance Due _____ $ _____

   ☒ **RETAINER**
   - For legal services, I have agreed to accept and received a retainer of _____ $ 194.00
   - The undersigned shall bill against the retainer at an hourly rate of _____ $ 285.00
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:
   ☒ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ☒ Debtor   ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Filing Fee of $313.00 not included in above amount and will be paid in installments. Will keep time records and submit fee applications. Present hourly billing rate for Lisa M. Doran is $285.00 and for John H. Doran is $300.00.

Software Copyright (c) 2022 CINGroup - www.cincompass.com

In re  Garrity, Kimberly A.                                    Case No. _____
          ―――――――――――――――――
                Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

2-1-2022
_Date_

_____
Lisa M. Doran
_Signature of Attorney_
**Doran & Doran, P.C.**

69 Public Sq Ste 700
Wilkes-Barre, PA 18701-2588

ldoran@dorananddoran.com
_Name of law firm_

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Exhibit "B"

# D&D DORAN & DORAN, P.C.
### Established 1880 — Attorneys at Law

Suite 700 • 69 Public Square • Wilkes-Barre, Pennsylvania 18701-2588
Telephone: (570) 823-9111 • Fax: (570) 829-3222
www.doran-law.net

John H. Doran
jdoran@doran-law.net
Lisa M. Doran
ldoran@doran-law.net

Wm. N. Reynolds (1847-1936)
Wm. N. Reynolds, Jr. (1874-1957)
Robert J. Doran (1895-1962)

Kimberly A. Garrity
26 Gidding Street
Pittston, PA 18640-2033

September 28, 2022
332-2

Matter No. 332-2
June 3, 2022 to September 28, 2022

**Fees:** | | | | Hours | |
---|---|---|---|---|---
08/04/22 | LMD | Speak to Aggie and Kim re: pending dismissal; begin draft of Stipulation | | 0.20 | $57.00
08/05/22 | LMD | E-mails with Aggie re: hearing; notify Kim | | 0.10 | $28.50
09/27/22 | LMD | Work on Amended Plan; Send to Kim with explanations | | 0.70 | $199.50
09/28/22 | LMD | Prepare fee application; send to client to review | | 0.20 | $57.00
 | | | Hours: | 1.20 |
 | | | Total fees: | | $342.00

**Expenses:**

| | | | | |
---|---|---|---|---
09/28/22 | LMD | Mail Notice re: 2nd Fee Application of D&D - 45 X $1.00 | | $45.00
09/28/22 | LMD | Estimated cost to mail Order Confirming Plan - 45 X $1.00 | | $45.00
 | | Total expenses: | | $90.00

**Billing Summary**

| | |
|---|---:|
| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 432.00 |
| **Total now due** | **$432.00** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Case No. 5-21-bk-02554-MJC
:
Kimberly A. Garrity, :
: Ch. 13
Debtor :

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing *Second Interim Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses* was served on the following parties electronically through ECF addressed as follows:

Office of U. S. Trustee
ustpregion03.ha.ecf@usdoj.gov

Jack N. Zaharopoulos
TWecf@pamd13trustee.com

/s/ *Lisa M. Doran*
LISA M. DORAN, ESQUIRE
Doran & Doran, P.C.
69 Public Square - Suite 700
Wilkes Barre PA 18701
(570) 823-9111
Attorneys for the Debtor

Dated: September 30, 2022