## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 5-21-bk-02554-MJC |
| Kimberly A. Garrity, | : | |
| | : | Ch. 13 |
| Debtor | : | |

### ORDER APPROVING COMPENSATION OF DORAN & DORAN, P.C. AS COUNSEL TO THE DEBTOR

Upon consideration of the Second Interim Fee Application of Counsel to the Debtor, Dkt. # 56, and no objections having been filed to the notice of the application, it is hereby **ORDERED** and **DECREED** that the law firm of Doran & Doran, P.C. be allowed compensation in the amount of $342.00 and reimbursement of expenses in the amount of $90.00.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 31, 2022